**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shabina Mohammed, | No. CV-24-01686-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| American Airlines, et al., | |
| Defendants. | |

On August 27, 2024, the Court issued an order stating that because Plaintiff had failed to participate in the Rule 26(f) process, as he was required to do pursuant to an order issued on July 25, 2024, he was required "within 14 days of the date of this order . . . [to] file a memorandum, not to exceed 5 pages, showing cause why this action should not be dismissed for failure to prosecute and failure to adhere to the Court's July 25, 2024 order." (Doc. 14.)

That 14-day period has now expired and Plaintiff did not file the required memorandum. Thus, Plaintiff has not only failed to comply with two court orders but also failed to prosecute. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 630 (1962) (discussing the district court's authority to dismiss *sua sponte* under Rule 41(b) for lack of prosecution); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-1261 (9th Cir. 1992) (discussing the district court's authority to dismiss for failure to comply with court orders). The Court has considered the relevant factors under *Ferdik* and concludes they support dismissal without prejudice under these circumstances, where Plaintiff's non-compliance

and failure to prosecute have thwarted the public's interest in expedited resolution of litigation and interfered with the Court's ability to manage its docket and Defendants face a risk of prejudice from further delay. These considerations outweigh the public policy favoring disposition of cases on their merits, and a without-prejudice dismissal is the only feasible alternative to a with-prejudice dismissal.

Accordingly,

**IT IS ORDERED** that this action is **dismissed without prejudice** for failure to prosecute and failure to comply with court orders. The Clerk shall enter judgment accordingly and terminate this action.

Dated this 11th day of September, 2024.

Dominic W. Lanza
United States District Judge